UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.

UNITED STATES OF AMERICA

vs.  Case No.: 3:15-cr-00074-1

ANGELA SUDDARTH

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Angela Suddarth, by and through undersigned counsel, and pursuant to 18 U.S.C. §3161, respectfully moves this Honorable Court to enter its Order granting a continuance of the trial in this cause. In support thereof, Defendant states:

1. Defendant is charged by a 22-count Indictment with various offenses, including mail fraud, wire fraud, bankruptcy fraud, aggravated identity theft, money laundering, perjury, and false statements.

2. Defendant was arraigned on June 26, 2015. At arraignment, Defendant conferred with the Government and agreed to receive discovery pursuant to the Local Rules of the Middle District of Tennessee.

3. Pursuant to this Court's Order entered July 2, 2015 (Doc. 15), a jury trial has been set in this cause for August 18, 2015.

4. On July 10, 2015, the Government furnished its initial discovery. However, the discs containing the discovery materials were not received by undersigned counsel until July 17, 2015. The three discs contained thousands of pages of documents. Attached hereto as Exhibit "A" is a listing of items contained on the discs.