UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.    Case No.: 3:15-cr-00074-1

**ANGELA SUDDARTH**

## ANGELA SUDDARTH'S SECOND MOTION FOR ISSUANCE OF 17(c) SUBPOENAS AND INCORPORATED MEMROANDUM OF LAW
(Michael Bloss)

Defendant, Angela Suddarth, respectfully requests that this Court enter an order directing the issuance of a subpoena duces tecum, pursuant to Rule 17(c), Federal Rules of Criminal Procedure to the duly authorized agents of the following: Michael Bloss, c/o Transportation Continental, Inc. 495 FM2061 Pharr, TX 78577.

The list of documents sought to be produced for each entity is more fully set forth in Exhibit 1 attached hereto, the subpoena duces tecum. The requested documents should be produced on or before November 24, 2015, at a place specified by this Court.

The Supreme Court articulated the test for obtaining production of documents from third parties pretrial under Rule 17(c) in *United States v. Nixon*, 418 U.S. 683 (1974). The moving party must show that: (1) the evidence sought is relevant and evidentiary; (2) the evidence is not otherwise procurable reasonably in advance of trial; (3) the party cannot properly prepare for trial without production and inspection in advance of trial, and that failure to obtain such inspection may unreasonably delay the trial; (4) the application is made in good faith and is not a fishing expedition.

1