UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:15-00074 |
| | ) | JUDGE TRAUGER |
| ANGELA SUDDARTH | ) | |

**VERDICT FORM**

We, the jury, find the following:

1. With respect to the charge in Count One of the Indictment (Wire Fraud), we find as follows:

                                               Guilty                    Not Guilty

The defendant is:       _____                 X

2. With respect to the charge in Count Two of the Indictment (Wire Fraud), we find as follows:

                                               Guilty                    Not Guilty

The defendant is:       _____                 X

3. With respect to the charge in Count Three of the Indictment (Wire Fraud), we find as follows:

           Guilty         Not Guilty

The defendant is:       _____         X

4. With respect to the charge in Count Four of the Indictment (Wire Fraud), we find as follows:

           Guilty         Not Guilty

The defendant is:       _____         X

5. With respect to the charge in Count Five of the Indictment (Wire Fraud), we find as follows:

           Guilty         Not Guilty

The defendant is:       _____         X

6. With respect to the charge in Count Six of the Indictment (Wire Fraud), we find as follows:

           Guilty         Not Guilty

The defendant is:       _____         X

7. With respect to the charge in Count Seven of the Indictment (Mail Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | _____ | __X__ |

8. With respect to the charge in Count Eight of the Indictment (Aggravated Identity Theft), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | _____ | __X__ |

9. With respect to the charge in Count Nine of the Indictment (Aggravated Identity Theft), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | _____ | __X__ |

10. With respect to the charge in Count Ten of the Indictment (Aggravated Identity Theft), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | _____ | __X__ |

The defendant is: _____  ☒

11. With respect to the charge in Count Eleven of the Indictment (Engaging in Monetary Transactions in Violation of Federal Law), we find as follows:

                                  Guilty                        Not Guilty

The defendant is: _____  ☒

12. With respect to the charge in Count Twelve of the Indictment (Engaging in Monetary Transactions in Violation of Federal Law), we find as follows:

                                    Guilty                        Not Guilty

The defendant is: _____  ☒

13. With respect to the charge in Count Thirteen of the Indictment (Engaging in Monetary Transactions in Violation of Federal Law), we find as follows:

                                    Guilty                        Not Guilty

The defendant is: _____  ☒

14. With respect to the charge in Count Fourteen of the Indictment (Making a False Statement and Representation in a Matter within the Jurisdiction of the United States Government), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | _____ | ✗ |

15. With respect to the charge in Count Fifteen of the Indictment (Making a False Statement and Representation in a Matter within the Jurisdiction of the United States Government), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | _____ | ✗ |

16. With respect to the charge in Count Sixteen of the Indictment (Aggravated Identity Theft), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | _____ | ✗ |

17. With respect to the charge in Count Seventeen of the Indictment (Making False Declarations Before a Court), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | _____ | ✗ |

18. With respect to the charge in Count Eighteen of the Indictment (Making False Declarations Before a Court), we find as follows:

|                  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | X | |

19. With respect to the charge in Count Nineteen of the Indictment (Making False Declarations Before a Court), we find as follows:

|                  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | | X |

20. With respect to the charge in Count Twenty of the Indictment (Making False Statements in the Context of a Bankruptcy Proceeding), we find as follows:

|                  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | | X |

21. With respect to the charge in Count Twenty-one of the Indictment (Making False Statements in the Context of a Bankruptcy Proceeding), we find as follows:

|                  | Guilty | Not Guilty |
|---|---|---|
| The defendant is: | | X |

22. With respect to the charge in Count Twenty-two of the Indictment (Making False Statements in the Context of a Bankruptcy Proceeding), we find as follows:

                                  Guilty                Not Guilty

The defendant is:        _____        X

[Signature redacted]

FOREPERSON

DATE 1-16-19

3:17 P.M.

7