# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 3:15-cr-00074 |
| | ) | Judge Trauger |
| ANGELA SUDDARTH | ) | |
| | ) | |

## JUDGMENT OF ACQUITTAL

On November 14, 2019, the Sixth Circuit Court of Appeals reversed the jury verdict that found the defendant guilty of perjury, Count 18 of the Indictment returned against her. (Docket No. 177). The Mandate has now issued (Docket No. 178).

The appellate court having found insufficient evidence upon which the jury could have rendered a verdict of guilty on Count 18, the court hereby enters a judgment of acquittal as to this defendant on Count 18. The Judgment (Docket No. 148) and Sealed Statement of Reasons (Docket No. 149) are hereby VACATED.

It is so **ORDERED**.

ENTER this 20th day of December 2019.

_____
ALETA A. TRAUGER
U.S. District Judge